UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-40764 |
| | ) | |
| | ) | |
| | ) | Chapter: 13 |
| CATHERINE M. DOUGLAS | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER MODIFYING CHAPTER 13 PLAN

This cause coming before the Court on the Debtor's Motion to Modify Chapter 13 Plan; the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. The Debtor's Motion to Modify Chapter 13 Plan is granted.

2. The Debtor's default in payments to the trustee will be deferred to the end of the plan term.

3. The Debtor's plan base will be $130,914.00.

4. Commencing with the April 2017 payment to the trustee, the Debtor shall make monthly payments to the trustee in the amount of $2,147.00 per month for the remaining plan term.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: April 20, 2018

**Prepared by:**

Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

Counsel for Catherine M. Douglas