| Fill in this information to identify the case: |
|---|
| Debtor 1    Catherine M. Douglas fka Catherine M. Denwood |
| aka Catherine Marlene Douglas |
| Debtor 2 |
| United States Bankruptcy Court for the: Northern District of Illinois |
| Case number :    15-40764 |

Official Form 410S1

# Notice of Mortgage Payment Change        12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | **Elizon Master Participation Trust I** | **Court claim no.** (if known): | **3** |
| **Last 4 digits** of any number you use to identify the debtor's account: | **0299** | **Date of payment change:** Must be at least 21 days after date of this notice | **07/01/2020** |
| *Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim. However, this Notice of Mortgage Payment Change is being filed to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1* | | **New total payment:** Principal, interest, and escrow, if any | **$1,529.43** |

### Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

    [ ]  No

    [X]  Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
    Describe the basis for the change. If a statement is not attached, explain why:

    **Current escrow payment: $617.89**        **New escrow payment: $604.86**

### Part : 2    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    [ ]  No

    [X]  Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

    **Current interest rate: 4.000%**        **New interest rate:  4.880%**
    **Current Principal and interest payment: $827.46**    **New principal and interest payment: $924.57**

### Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    [X]  No

    [ ]  Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
    Reason for change:
    **Current mortgage payment:**            **New mortgage payment:**

| Debtor 1 | Catherine M. Douglas fka Catherine M. Denwood aka Catherine Marlene Douglas | | Case number (if known) | 15-40764 |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

## Part 4:    Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]    I am the creditor.

[X]    I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/S/ Christopher Giacinto

Signature                                                                                         Date    5/29/2020

| Print: | Christopher Giacinto | Title | Authorized Agent for Creditor |
|---|---|---|---|
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___29th___ day of May, 2020.

/S/ Christopher Giacinto

CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 15-40764)

Debtor
Catherine M. Douglas
1503 S. Luther Avenue
Lombard, IL 60148
fka Catherine M. Denwood
aka Catherine Marlene Douglas

Attorney
Joseph S Davidson
Sulaiman Law Group, Ltd.
2500 S. Highland Ave
Suite 200
Lombard, IL 60148

Trustee
Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

US Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604



**FAY SERVICING**
PO Box 619063
Dallas, TX  75261-9063

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

| | |
|---|---|
| Loan Number: | |
| Analysis Date: | 04/23/2020 |

| Customer Service | 1-800-495-7166 |
|---|---|
| Monday-Thursday | 8:00 a.m. to 9:00 p.m. CT |
| Friday | 8:30 a.m. to 5:00 p.m. CT |
| Saturday | 10:00 a.m. to 4:00 p.m. CT |

CATHERINE M DOUGLAS
1503 S LUTHER AVE
LOMBARD IL  60148-4150

| | PRESENT PAYMENT | NEW PAYMENT effective 07/01/2020 |
|---|---|---|
| Principal & Interest | $721.42 | $924.57 |
| Escrow Payment | $618.89 | $604.86 |
| Escrow Shortage | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Total** | **$1,340.31** | **$1,529.43** |

## ESCROW ANALYSIS STATEMENT

At least once every 12 months Fay Servicing, LLC analyzes your escrow account, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account analysis below is an estimate of the activity that will occur in your escrow account over the next 12 months. The analysis will show if you currently have a shortage or overage in your account. This amount will be accounted for in your new monthly escrow payment unless there is an overage amount over $50. In this case, the full amount of the overage will be refunded to you.

### UNDERSTANDING YOUR MONTHLY ESCROW PAYMENT AMOUNT

**1. Projected Monthly Escrow Payment**

The section titled "Projected Escrow Activity for the Next 12 Months" is a schedule that represents all anticipated payments to and from escrow for the coming year. First, we take the total of all Projected Payments from Escrow (a) and divide it equally over 12 months to determine your Projected Monthly Escrow Payment: $7,258.32 / 12 months = $604.86.

**2. Escrow Surplus/Shortage**

The minimum escrow balance required in your account is known as the Required Low Point. This is noted as (b) under "Projected Escrow Activity for the Next 12 Months". The Required Low Point is set in accordance with your mortgage contract, state law or federal law. Mortgage Insurance, if any, is not included in the Required Low Point calculation. Next, we compare the Projected Low Point (c) to the Required Low Point (b) to determine the overage/surplus:
You have a surplus of $17,064.97 because the Projected Low Point (c) of $5,094.84 plus the escrow adjustment*  <u>is more than</u>  the Required Low Point of $1,209.72.
*An Escrow Adjustment of $13,179.85, scheduled to be repaid through the bankruptcy, is included in this calculation.
If the surplus is less than $50.00, it will be spread to the low point "the minimum escrow balance required", which could be spread equally up to 12 months and automatically reduce your monthly payment accordingly. Otherwise, if your loan is contractually current, we will

**3. New Monthly Escrow Payment**

| | |
|---|---|
| Principal & Interest | $924.57 |
| Escrow Payment | $604.86 |
| Escrow Shortage | $0.00 |
| Optional Insurance | $0.00 |
| Other | $0.00 |
| **Total** | **$1,529.43** |
| Effective Date | 07/01/2020 |

### PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTHS

| MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | 6,928.28 | 3,043.16 |
| Jul-20 | 604.86 | .00 | | 7,533.14 | 3,648.02 |
| Aug-20 | 604.86 | 3,043.16 | COUNTY 2ND | (c) 5,094.84 | (b) 1,209.72 |
| Sep-20 | 604.86 | .00 | | 5,699.70 | 1,814.58 |
| Oct-20 | 604.86 | .00 | | 6,304.56 | 2,419.44 |
| Nov-20 | 604.86 | .00 | | 6,909.42 | 3,024.30 |
| Dec-20 | 604.86 | 1,172.00 | HOMEOWNERS I | 6,342.28 | 2,457.16 |
| Jan-21 | 604.86 | .00 | | 6,947.14 | 3,062.02 |
| Feb-21 | 604.86 | .00 | | 7,552.00 | 3,666.88 |
| Mar-21 | 604.86 | .00 | | 8,156.86 | 4,271.74 |
| Apr-21 | 604.86 | .00 | | 8,761.72 | 4,876.60 |
| May-21 | 604.86 | 3,043.16 | COUNTY 1ST | 6,323.42 | 2,438.30 |
| Jun-21 | 604.86 | .00 | | 6,928.28 | 3,043.16 |
| **TOTAL** | **$7,258.32** | **(a) $7,258.32** | | | |

### IMPORTANT MESSAGES

ACH Debit Borrowers:  You have previously authorized Fay Servicing, LLC, to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable). Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein.  Fay Servicing, LLC, is authorized to debit your bank account each month until you provide written or oral notice to stop.  Termination request must be received by Fay Servicing, LLC, at least three (3) business days prior to your next scheduled debit.

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose.  To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability.  Our office hours are Monday-Thursday 8 A.M. - 9 P.M.  Friday 8:30 A.M. - 5 P.M., and Saturday 10 A.M. - 4 P.M. CST.  Call today:  1-800-495-7166.  NMLS ID# 88244.  NC residents:  Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial Pl., Suite 2000, Chicago, IL 60605-6011.

Check will be sent separately.

Internet Reprint

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

Loan Number: ____    **ACCOUNT HISTORY**    Date: 04/23/2020

This is a statement of actual activity in your escrow account from 01/01/2020 through 06/30/2020. This section provides last year's projections and compares it with actual activity.

An asterisk (*) indicates a difference from a previous estimate either in the date or amount and may be caused by any of the following:

- The actual amount of insurance or taxes paid since your last Escrow Analysis Statement was higher or lower than anticipated
- Additional funds were applied to your escrow account
- The time elapsed between payments to escrow and disbursement from escrow was shorter or longer than anticipated on your last Escrow Analysis Statement.

| MONTH | PAYMENTS PROJECTED | PAYMENTS ACTUAL | | DISBURSEMENTS PROJECTED | DISBURSEMENTS ACTUAL | | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BEGINNING BALANCE | 3,707.32 | 9.42 |
| 01/20 | 617.89 | 618.89 | | | | | | 4,325.21 | 628.31 < |
| 02/20 | 617.89 | 618.89 | | | | | | 4,943.10 | 1,247.20 |
| 03/20 | 617.89 | 618.89 | * | 1,328.34 | | | HOMEOWNERS I | 4,232.65 | 1,866.09 |
| 03/20 | | | * | | 1,172.00 | | HOMEOWNERS I | 4,232.65 | 694.09 |
| 04/20 | 617.89 | 8,041.57 | E | | | E | | 4,850.54 | 8,735.66 |
| 05/20 | 617.89 | 617.89 | E | 3,043.16 | 3,043.16 | E | COUNTY 1ST | 2,425.27 | 6,310.39 |
| 06/20 | 617.89 | 617.89 | E | | | E | | 3,043.16 | 6,928.28 |
| TOTAL | $7,414.68 | $11,134.02 | | $7,414.66 | $4,215.16 | | | | |



RETURN SERVICE ONLY
P.O. BOX 619063
DALLAS, TX 75261-9063

CATHERINE M DOUGLAS
1503 S LUTHER AVE
LOMBARD IL  60148-4150

4/10/2020

**IMPORTANT MORTGAGE NOTIFICATION**

Your Payment and Interest Rate will Increase.

Account Number: ▮▮▮▮▮
Property Address:   1103  E 15TH ST
                    LOMBARD  IL 60148

Dear Homeowner(s):

Per the terms of your modification agreement, your interest rate will change to 4.88000% effective 6/1/2020. This change in your interest rate will result in a new monthly payment of $1,543.46, and your first payment at the new adjusted level is due 7/1/2020.

The table below shows the schedule of adjustments to your new interest rate and estimated future changes to your monthly mortgage payment.

| Interest Rate | Interest Rate Effective Date | Monthly P&I | Estimated Monthly Escrow Payment | Total Monthly Payment | Payment Due Date |
|---|---|---|---|---|---|
| 4.88000% | 6/1/2020 | $924.57 | $618.89 | $1,543.46 | 7/1/2020 |

Your monthly payment includes an escrow amount for property taxes, hazard insurance and other escrowed expenses (if applicable), which, if they increase, may also increase your monthly payment. The escrow payment amounts shown are based on current data and represent a reasonable estimate of expenditures for future escrow obligations; however, escrow payments may be adjusted periodically in accordance with applicable law. Your total monthly payment is calculated by adding the principal, interest, and escrow.

**If you have questions or anticipate challenges paying your new monthly payment**, please contact your account manager, James Lawlor, using the direct contact information below.

Phone:   800.495.7166
Fax:     312.873.2235
Email:   JLAWLOR@FAYSERVICING.COM

*If you were modified under the Home Affordable Modification Program (HAMP), your interest rate will increase by up to 1% per year until it reaches its cap, which was the market rate of interest being charged by mortgage lenders on the day the modification agreement was prepared.  Once the interest rate reaches the cap, it will be fixed for the remaining life of the loan.  You may also contact the Homeowner's HOPE™ Hotline by calling 1-888-995-HOPE. The Hotline can help with questions about your HAMP modification and offers access to free HUD-approved counseling services in English or Spanish (other languages are available on request). It is available 24 hours a day/7 days a week.

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose.  To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability.  Our office hours are Monday-Thursday 8 A.M. -  9 P.M.  Friday 8:30 A.M. -  5 P.M., and Saturday 10 A.M. - 4 P.M. CST.  Call today:  1-800-495-7166.  NMLS ID# ▮▮▮▮▮ .  NC residents:  Fay Servicing, LLC, NC Permit Number 112302, 425 S.  Financial Pl., Suite 2000, Chicago, IL 60605-6011.

ACH Debit Borrowers:  You have previously authorized Fay Servicing, LLC, to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable).  Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein.  Fay Servicing, LLC, is authorized to debit your bank account each month until you provide written or oral notice to stop.  Termination request must be received by Fay Servicing, LLC, at least three (3) business days prior to your next scheduled debit.